IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES E. HARRIS, JR.**                                                                                       **PETITIONER**
**ADC #144543**

V.                                      No. 4:25-cv-00515-JM-ERE

**DEXTER PAYNE, Director,**
**Arkansas Division Correction**                                                          **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R, Ervin and Petitioner's objections. After conducting a *de novo* review of the record, the Court adopts the RD in all respects.

IT IS THEREFORE ORDERED THAT:

1. The petition is DISMISSED with prejudice as time barred.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the order adopting this recommendation and accompanying judgment would not be taken in good faith. Therefore, Mr. Harris's motion for certificate of appealability and leave to appeal in forma pauperis (Doc. No. 14, 15) are DENIED.

3. Within thirty (30) days of this order's entry date, Mr. Harris must either:

    (a) pay to this Court the $605.00 appellate filing and docketing fees; or

    (b) file, with the United States Court of Appeals for the Eighth Circuit, a motion with an attached affidavit that complies with each mandate of Federal Rule of Appellate Procedure 24(a)(1).

2. Mr. Harris is directed to file any future documents or pleadings related to his appeal with the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 26th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE