**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHARLES E. HARRIS, JR.**                                                                **PETITIONER**
**ADC #144543**

**V.**                                        **No. 4:25-cv-00515-JM-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division Correction**                                        **RESPONDENT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 26th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE